1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Lee Ward,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Northstar Location Services, LLC,<br><br>　　　　　Defendant. | Case No.: CV-09-8012-PCT-MHM<br><br>**ORDER OF DISMISSAL**<br><br>(Assigned to the<br>Honorable Mary H. Murguia) |

　　Pursuant to the Stipulation to Dismiss,

　　IT IS HEREBY ORDERED that the above-referenced case is dismissed with prejudice, each side to bear their own fees and costs.

　　Dated this 27th day of April, 2009.

_____
Mary H. Murguia
United States District Judge